**In the matter of the Care and Treatment of Larry TREESE, a/k/a Larry R. Treese, a/k/a Larry Ray. Treese, a/k/a Larry Trees, a/k/a Larry R. Treece, Appellant**

v.

**STATE of Missouri, Respondent.**

**No. WD 72696.**

Missouri Court of Appeals, Western District.

June 29, 2012.

Erika Eliason, Columbia, MO, for Appellant.

Timothy Blackwell, Jefferson City, MO, for Respondent.

Before JOSEPH M. ELLIS, P.J., JAMES EDWARD WELSH, and ALOK AHUJA, JJ.

**ORDER**

PER CURIAM:

Larry Treese appeals the circuit court's judgment committing him to the custody of the Department of Mental Health as a

sexually violent predator. We affirm. Rule 84.16(b).